AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| MADDALONI, JENNIFER H | Case No. 18-M-278 |
| 636 GOLF CLUB RD | USM No. |
| NEWTOWN SQUARE, PA 19073 | MARK P. MUCH, 341 Baltimore Ave. Media PA 19063 |
| | Defendant's Attorney |

**THE DEFENDANT:** MADDALONI, JENNIFER H

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
| --- | --- | --- | --- |
| 36 CFR 4.23(a)(1) | DUI | 2/22/2018 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** | **Processing Fee** |
| --- | --- | --- | --- |
| **Total:** $330.00 | $ 0.00 | $ 300.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: ▓▓▓▓

City and State of Defendant's Residence:
NEWTOWN SQUARE, PA

February 22, 2018
Date of Imposition of Judgment

/s/ signature
Signature of Judge

JACOB P. HART, U.S.M.J.
Name and Title of Judge

2/23/2018
Date